FILED

MJ 25-04448

2025 JUL 18 AM 9:52



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

United States of America
**PLAINTIFF(S)**

v.

Andres Felipe Pineda Mogollon
**DEFENDANT(S).**

**CASE NUMBER**

~~25-8187~~

**DECLARATION RE OUT-OF-DISTRICT WARRANT**

The above-named defendant was charged by: SA Kyle Peabody
in the _____ District of New Jersey on 06/13/2025
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about 06/12/2025
in violation of Title 18 U.S.C., Section(s) 751(a)
to wit: _____

A warrant for defendant's arrest was issued by: Hon. Jessica S. Allen

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 07/17/2025
Date

_____
Signature of Agent

Jeron Tauai
Print Name of Agent

FBI
Agency

Special Agent
Title